DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
PICCARD, MIRIAM A

Case No. 07-02687-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $5.83, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 10 | BEDFORD FAIR<br>C/O FIRST EXPRESS<br>LOUISVILLE, KY 40285 | $5.83 |

Dated: March 21, 2011

*DANIEL H. BRUNNER, Chapter 13 Trustee*

Receipt 487599    3-28-11                    #5.83

07-02687-PCW13    Doc 52    Filed 03/28/11    Entered 03/28/11 11:49:33    Pg 1 of 1